IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN J. DEES, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 18-00007-JB-N |
| | ) | |
| CHRISTOPHER GORDY | ) | |
|     Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Justin J. Dees, that this action under 28 U.S.C. § 2254 is **DISMISSED** as time barred, and that Dees is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 17th day of January 2019.

**s/JEFFREY U. BEAVERSTOCK**
**UNITED STATES DISTRICT JUDGE**